UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:
    SONJA S. FERRELL                    Case No.: 1-13-05480-HWV
                                                                      Chapter 13
                Debtor(s)

### NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

| **PART 1:** | **MORTGAGE INFORMATION** |
|---|---|
| Creditor Name: | JPMORGAN CHASE BANK, NA |
| Court Claim Number: | 06 |
| Last Four of Loan Number: | |
| Property Address if applicable: | 1409 DEVERS ROAD, YORK, PA 17404 |

**PART 2:**                  **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $119.04 |
| b. | Prepetition arrearages paid by the Trustee: | $119.04 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $119.04 |

**PART 3:**                  **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                  **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

  To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: November 20, 2018

Respectfully submitted,

s/ Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:

SONJA S. FERRELL    Case No.: 1-13-05480-HWV
                    Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 20, 2018, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

PAUL MURPHY-AHLES ESQUIRE    SERVED ELECTRONICALLY
DETHLEFS, PYKOSH & MURPHY
2132 MARKET STREET
CAMP HILL PA, 17011-

CHASE RECORDS CENTER    SERVED BY 1ST CLASS MAIL
ATTN: CORRESPONDENCE MAIL/MAIL CODE LA4-5555
700 KANSAS LANE
MONROE, LA, 71203

SONJA S. FERRELL    SERVED BY 1ST CLASS MAIL
1409 DEVERS ROAD
YORK, PA 17404

I certify under penalty of perjury that the foregoing is true and correct.

Date: November 20, 2018    s/ Donna Schott
                          Charles J. DeHart, III, Trustee
                          Standing Chapter 13 Trustee
                          Suite A, 8125 Adams Drive
                          Hummelstown, PA 17036
                          Phone: (717) 566-6097
                          Fax: (717) 566-8313
                          eMail: dehartstaff@pamd13trustee.com